UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS G. DESPART,

    Plaintiff,

v.                                                Case No: 2:18-cv-43-FtM-38CM

RICK SCOTT, MIKE CAROL, JERRY
BOYAL, DONALD SAWYER, FNU
LAMB, B. L. MASONY, KERRY
FITZPATRICK and DEBRA
JACKSON,

    Defendants.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court on Plaintiff's letter to the Court, construed as a Notice of Voluntary Dismissal (Doc. 6) filed on February 6, 2018. Plaintiff asks the Court to dismiss the instant action and advises that he "did not file this case." Consequently, the Court acknowledges Plaintiff's Notice of Dismissal (Doc. 6) pursuant to Fed. R. Civ. P. 41(a) (1) (A) (i).

Accordingly, it is hereby **ORDERED**:

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The **Clerk of the Court** shall dismiss this case **without prejudice**, terminate any pending motions and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of March, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record